It's my understanding, we were informed previously that there was not going to be anyone here on behalf of Mr. Torres, but expected the appellant to be here today. And the appellant has not shown up at the courthouse. He was instructed to be here at 1 o'clock. It is now about 2 o'clock, and he has not contacted the court clerk or the court in any way. So we will decide this case on the briefs and go on to the next case at 2.45.